FRED B. BURNSIDE (State Bar No. 211089)
fredburnside@dwt.com
DAVIS WRIGHT TREMAINE LLP
50 California Street, 23rd Floor
San Francisco, California 94111
Telephone: (415) 276-6500
Fax: (415) 276-6599

SANCHO ACCORSI (State Bar No. 329413)
sanchoaccorsi@dwt.com
DAVIS WRIGHT TREMAINE LLP
350 South Grand Avenue, 27th Floor
Los Angeles, California 90071
Telephone: (213) 633-6800
Fax: (213) 633-6899

*Attorneys for Defendant Grocery Outlet Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| YURI FONS and JENNIFER TURNER, individuals, on behalf of themselves, the general public, and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GROCERY OUTLET INC.,<br><br>Defendant. | Case No. 5:26-cv-00964-BLF<br><br>**ADMINISTRATIVE MOTION AND STIPULATION TO REQUEST PUBLIC VIDEO ACCESS TO HEARING ON MOTION TO DISMISS COMPLAINT; [PROPOSED] ORDER [L.R. 7-11; L.R. 77-3]**<br><br>Date: August 27, 2026<br>Time: 9:00 a.m.<br>Courtroom: 1 – 5th Floor<br><br>Complaint Filed: January 30, 2026 |

DAVIS WRIGHT TREMAINE LLP

Defendant Grocery Outlet Inc. respectfully requests that the Court provide under Civil Local Rules 77-3 and 7-11, public remote video access to the hearing on Defendant's Motion to Dismiss. The hearing is calendared for August 27, 2026, at 9:00 a.m. ECF No. 29. Defendant is aware of no statute, Federal Rule of Civil Procedure, Ninth Circuit Judicial Council Policy, or Local Rule that would prohibit public access to this proceeding. *See* L.R. 77-3(a). Moreover, providing public access would not risk interfering with the integrity of the proceeding. *See* L.R. 77-3(b). This request is timely under Local Rule 77-3(c). Plaintiffs stipulate to Defendant's request. *See* L.R. 7-11(a).

THEREFORE, the Parties hereby stipulate and respectfully request that, subject to Court approval, the Court grant public video access to the August 27, 2026 hearing on Defendant's Motion to Dismiss.

**IT IS SO STIPULATED.**

Dated: August 12, 2026

DAVIS WRIGHT TREMAINE LLP

By: /s/ Fred B. Burnside
Fred B. Burnside

*Attorneys for Defendant Grocery Outlet Inc.*

Dated: August 12, 2026

GUTRIDE SAFIER LLP

By: /s/ Seth A. Safier
Seth A. Safier
Marie A. McCrary
Todd Kennedy

*Attorneys for Plaintiffs Yuri Fons and Jennifer Turner*

**[PROPOSED] ORDER**

The Court, having considered the Parties' Administrative Motion and Stipulation to Request Public Video Access to Hearing on Motion to Dismiss Complaint, ORDERS that the hearing will be made publicly available by video.

**IT IS SO ORDERED.**

Date: ____________________ By: ______________________________________

BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP

**FILER'S ATTESTATION**

I, Fred B. Burnside, am the ECF user whose identification and password are being used to file this stipulation on behalf of the parties. In compliance with L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of the document has been obtained from each of the other signatories.

Dated: August 12, 2026

DAVIS WRIGHT TREMAINE LLP

By: /s/ Fred B. Burnside
Fred B. Burnside
*Attorneys for Defendant Grocery Outlet Inc.*